No. 1203, Misc. MARTINEAU v. NEW HAMPSHIRE. Supreme Court of New Hampshire. Certiorari denied. *Julius H. Soble* for petitioner. *William Maynard,* Attorney General of New Hampshire, *Elmer T. Bourque,* Deputy Attorney General, and *Alexander J. Kalinski,* Assistant Attorney General, for respondent.

No. 640, Misc. DAUGHERTY v. ELLIS, CORRECTIONS DIRECTOR. Motion to substitute Jack Heard in the place of O. B. Ellis as the party respondent granted. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Leon F. Pesek* and *Charles R. Lind,* Assistant Attorneys General, for respondent.

No. 1075, Misc. COLLINS v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William F. Walsh* for petitioner. *Carl E. F. Dally* for respondent.

No. 587. MITTELMAN v. UNITED STATES, 368 U. S. 984. The motion for leave to file petition for rehearing is denied. MR. JUSTICE WHITE took no part in the consideration or decision of this application.

No. 707, Misc. REID v. RICHMOND, WARDEN, 368 U. S. 948. Motion for leave to file second petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this application.